# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 147 WAL 2017

                        Respondent    :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

            v.                     :

FRED AUGUSTA MITCHELL,         :

                       Petitioner      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.